UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE AGUADO TINOCO,<br>Petitioner,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX, et al.,<br>Respondents. | No. 1:26-cv-03383 DJC AC<br><br>ORDER |

Petitioner, an immigration detainee, filed a pro se petition for a writ of habeas corpus (ECF No. 1) pursuant to 28 U.S.C. § 2241, as well as an amended habeas petition with assistance of appointed counsel (ECF No. 15). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 8, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. ECF No. 18. On October 11, 2026, Respondents filed objections to the findings and recommendations "for the reasons stated in its original opposition" to the petition. ECF No. 20

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 18) are adopted in full.
2. Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1), as supplemented by his Amended Petition for Writ of Habeas Corpus (ECF No. 15), is GRANTED.
3. Petitioner's October 8, 2026 Motion for Expedited Disposition (ECF No. 19) is DENIED as MOOT.
4. Respondents are ORDERED to:
   a. Provide petitioner with a constitutionally adequate bond hearing before an immigration judge within **fourteen (14) days** at which respondents must justify petitioner's continued detention by clear and convincing evidence. If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.
   b. In the event petitioner is determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond, the immigration judge should consider petitioner's financial circumstances and alternative conditions of release.
5. The Clerk is directed to serve the **Otay Mesa Detention Center** with a copy of this Order, and to enter judgment in favor of petitioner and CLOSE this case. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE